JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARILYN FRIEDMAN ex rel. MICHAEL STEVE FRIEDMAN,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. EDCV 17-2502-JPR

**JUDGMENT**

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action is DENIED; and (3) judgment is entered remanding the matter for further administrative action consistent with the Memorandum Decision and Order.

DATED: March 8, 2019

                                                        /s/ Jean Rosenbluth
                                            JEAN ROSENBLUTH
                                            U.S. MAGISTRATE JUDGE